# EXHIBIT B

## IN THE SUPERIOR COURT OF FORSYTH COUNTY
## STATE OF GEORGIA

FORSYTH COUNTY GEORGIA
FILED IN THIS OFFICE

DEC 0 5 2011

*[signature]*
CLERK SUPERIOR COURT

| | | |
|---|---|---|
| JAMES HOWARD BRAGG | ) | |
| | ) | |
| PLAINTIFF | ) | CIVIL ACTION |
| | ) | |
| VS. | ) | 11cv·2435 |
| | ) | |
| SOUTHERN ELECTRIC COMPANY INC | ) | SERVICE |
| AND JALIL POORAK, INDIVIDUALLY | ) | COPY |
| | ) | |
| DEFENDANTS | ) | |

### COMPLAINT OF THE PLAINTIFF

Comes Now, the Plaintiff in the above styled matter, by and through Counsel and states as

follows:

1.

Defendant Southern Electric Company Inc. is a Georgia Corporation with its principal place of

business and registered agent for service of process located in Forsyth County, Georgia, and is subject

to the jurisdiction and venue of this Court. Defendant Jalil Poorak is the sole corporate officer of

Defendant Southern Electric Company Inc., and is subject to the jurisdiction and venue of this Court.

2.

This Complaint states a cause of action for unpaid overtime wages against the Defendants, and

is brought pursuant to the Fair Labor Standards Act ( FLSA) 29 U.S.C. 201 et seq. Hereinafter

"FLSA".

3.

Pursuant to the FLSA, a claim for the violation of it's provisions may be brought and maintained

in a State Court of competent jurisdiction.

4.

Plaintiff James Howard  Bragg was employed by Defendant Southern Electric Company

Inc. as an electrician for at least three years prior to the filing of this action.

5.

Defendant Jalil Poorak is the CEO, CFO, and Secretary of Defendant Southern Electric Company Inc., and as the sole corporate officer of this closely held corporation, he is involved in the day to day operation of the corporation and maintains operational control.   As such it is well settled law that Defendant Jalil Poorak is subject to personal liability,  and may be named as an individual Defendant for claims brought under the FLSA.

6.

At all times material to this action, Defendants were  "employers" as defined by the FLSA

7.

At all times material to this action, Plaintiff was an "employee" as defined by the FLSA.

8.

At all times material to this action, Defendants were an enterprise engaged in commerce or in the production of goods for commerce as defined by the FLSA.

9.

For at least three years prior to the filing of this Complaint, Defendants have willfully committed widespread violations of the FLSA by failing to pay the Plaintiff overtime compensation when he worked more than forty hours in a workweek.  Defendant failed to make a  good faith effort to comply with the FLSA.

10.

Defendants attempted to classify Plaintiff as an "exempt" managerial employee despite the fact that Plaintiff's primary job duties were non managerial in nature. The majority of Plaintiff's time spent on the job was devoted to non managerial duties to wit: performing electrician services with his tools, loading and delivering boxes into vehicles including his private vehicle, and other non managerial

tasks. Despite his title as a "manager" Plaintiff was denied the ability to hire and fire employees and was denied the ability to fire illegal aliens employed by the Defendant in violation of the law.

11.

Despite the fact that Plaintiff routinely worked more than 40 hours per week he was denied overtime pay.

12.

The Plaintiff seeks unpaid overtime compensation, an equal amount of liquidated damages, interest, attorney fees and costs pursuant to the FLSA.

**Wherefore, Plaintiff demands the following relief by judgment joint and several against the Defendants:**

That the Plaintiff be awarded damages in the amount of his respective unpaid overtime compensation and benefits, plus an equal amount of liquidated damages pursuant to 29 U.S.C. 216(b), and or prejudgment interest;

Plaintiff's reasonable attorney fees and expenses of this action; and,

Such other and further relief as this Court deems proper.

A trial by jury is demanded.

This the 1st day of November, 2011.

D. Scott McPherson
Attorney for Plaintiff
GA Bar 498810
582 Thompson Rd.
Sparta, GA 31087
770-313-5131