IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| JAMES HOWARD BRAGG, | : |
| | : |
|    Plaintiff, | : |
| | : |
| v. | :   CIVIL ACTION |
| | :   NO. 2:12-CV-00011-WCO |
| SOUTHERN ELECTRIC COMPANY, | : |
| INC. and JALIL POORAK, | : |
| | : |
|    Defendants. | : |

## **ORDER**

The court has before it for consideration the parties' "Joint Motion to Approve Settlement in this FLSA Action and Brief in Support" [16]. On October 23, 2012, the court held a hearing with plaintiff, plaintiff's counsel, and defendants' counsel to discuss the fairness and reasonableness of the terms of the settlement. After reviewing the arguments presented by the parties in their brief and at the hearing, the court finds the terms of the settlement agreement to be fair and reasonable.

In accordance with the foregoing, the parties' "Joint Motion to Approve Settlement in this FLSA Action and Brief in Support" [16] is hereby **GRANTED** and the terms and conditions of the proposed settlement agreement are hereby

**APPROVED**.  This case is hereby **DISMISSED** with prejudice, and the clerk is hereby **DIRECTED** to close this case.

**IT IS SO ORDERED**, this 23${}^{rd}$ day of October, 2012.

                                        s/*William C. O'Kelley*
                                        WILLIAM C. O'KELLEY
                                        Senior United States District Judge